### VERRET ET AL. *vs.* CLAVÉ.

APPEAL FROM THE CITY COURT OF NEW ORLEANS,

Appeal solely for delay, and judgment affirmed with the maximum of damages.

This is an action against the maker of a promissory note, to
which there was no defence.

Final judgment was rendered on the plaintiff's showing.
The defendant appealed.

*Grandmont*, for the plaintiff.

*Preau*, contra.

*Garland, J.* delivered the opinion of the court.

This is a suit on a promissory note ; the defendant permitted

a judgment by default to be taken and made final, and took
an appeal.   He has not stated any reason why the judgment
should be reversed, we therefore consider it as an appeal
taken solely for delay ; and order, and decree, that the judg-
ment of the court be affirmed with costs, and ten per cent.
damages.